### N. THOMAS V. THE STATE.

No. 19402.   Delivered February 9, 1938.
Rehearing denied March 23, 1938.

The opinion states the case.

*Harvey P. Shead,* of Longview, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—Conviction for violating the Texas Liquor Control Act; punishment, a fine of five hundred dollars and six months confinement in the county jail.

The record is before this Court without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment is affirmed.

## ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—Upon the same authorities cited in opinion on rehearing in No. 19401, N. Thomas v. State [page 200 of this volume], the motion for rehearing in the present case is overruled.